UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61400-CIV-SINGHAL/VALLE

ARTHUR BRADFORD,

    Plaintiff,

v.

I.C. SYSTEM, INC.,

    Defendant.
_____/

## ORDER TO FILE NOTICE OF MEDIATOR SELECTION

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. On August 2, 2021, this Court ordered the parties to select a mediator in accordance with Local Rule 16.2; schedule a date, time, and place for mediation; and jointly file a proposed order scheduling mediation, in the form specified by Local Rule 16.2, by September 16, 2021. (DE [12]). To date, the parties have not filed a notice and proposed order scheduling mediation. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that on or before **September 24, 2021**, the parties shall jointly file a notice and proposed order scheduling mediation, as required by the Court's Scheduling Order. The parties are reminded that under the CM/ECF Administrative Procedures,[1] proposed orders must be filed as an attachment to a motion, notice, or other filing. The proposed document must also be emailed to the judge at the judge's email address, singhal@flsd.uscourts.gov, in Word format. Failure to comply may

---

[1] The CM/ECF Administrative Procedures may be viewed at https://www.flsd.uscourts.gov.

result in dismissal without prejudice without further notice, or other sanctions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of September 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF